**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| DONALSON CHOC CU, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, | ) | No. 2:26-cv-2530-SHL-atc |
| Respondent. | ) | |

**ORDER STAYING TRANSFER AND REQUIRING RESPONSE**

On May 7, 2026, Petitioner Donalson Choc Cu filed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  Choc challenges his "his illegal mandatory detention at the West Tennessee Detention Facility."  (Id. at PageID 1.)  He is a citizen of Guatemala who entered the United States in May 2021.  (Id. at PageID 3.)  After being arrested on May 5 following a traffic stop, he "has been denied an individualized bond determination and was not even informed of the legal basis for his arrest at the time he was taken into custody."  (Id. at PageID 3–4.)  He seeks "immediate and unconditional" release from Respondent's custody.  (Id. at PageID 16.)  He emailed a copy of the Petition to Respondent's counsel, Assistant U.S. Attorney Stuart Canale.  (Id. at PageID 17.)

Four days after Choc filed the Petition, the Sixth Circuit issued the opinion in Lopez-Campos v. Raycraft, --- F.4th ---, 2026 WL 1283891 (6th Cir. 2026), affirming that a noncitizen who has spent "significant time . . . within the interior of the United States," and who has not committed an offense rendering them ineligible under § 1226(c), may not be detained without an individualized bond hearing.  Lopez-Campos, 2026 WL 1283891, at *13.

Upon review of the Petition, it is **ORDERED** as follows:

(1) Within **two business days** of this Order, Respondent shall respond to the Petition in writing.  If the basis of Choc's detention is 8 U.S.C. § 1225(b)(2)(A) and Respondent continues to oppose release, Respondent shall either distinguish this case from <u>Lopez-Campos v. Raycraft</u>, --- F.4th ---, 2026 WL 1283891 (6th Cir. 2026), or state why <u>Lopez-Campos</u> otherwise does not apply.  If no such showing is made, Respondent shall state whether he consents to the issuance of the writ.

(2) Choc may file a reply within **two business days** after Respondent's responsive filing.

(3) Respondent shall not transfer Choc out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 12th day of May, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2